MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

---

*David R. Schmidt,* for appellant Jacqueline J. Depaulitte.

*Donenfeld, Botros, Kollin & Schulte* and *Richard W. Schulte,* for appellee Brian E. Depaulitte.

## IN RE CAMPBELL.

**[Cite as *In re Campbell* (2001), 91 Ohio St.3d 1202.]**

(No. 00–1176—Submitted December 13, 2000—Decided January 31, 2001.)

---

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

---

*David K. Greer,* for appellant Florence Campbell.

*Heather R. Saling,* for appellee Franklin County Children Services.

*Paul Skendelas,* for appellee guardian *ad litem.*